# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Alejandro Castaneda-Jimenez,<br>a.k.a.: Alejandro Castaneda,<br>(A 201 146 099)<br>*Defendant* | Case No.  16-9421 mj |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 20, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Alejandro Castaneda-Jimenez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Brownsville, Texas, on or about April 3, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Abbie Broughton Marsh

☒ Continued on the attached sheet.

*Complainant's signature*

Barry P. Jansen,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 21, 2016

*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Barry P. Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 20, 2016, Alejandro Castaneda-Jimenez was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Castaneda-Jimenez was examined by ICE Officer E. Fontanez who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 19, 2016, Castaneda-Jimenez was transported to the Phoenix ICE office for further investigation and processing. Castaneda-Jimenez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Alejandro Castaneda-Jimenez to be a citizen of Mexico and a previously deported criminal alien. Castaneda-Jimenez was removed from the United States to Mexico through Brownsville, Texas, on or about April 3,

2011, pursuant to an order of removal issued by an immigration official. There is no record of Castaneda-Jimenez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Castaneda-Jimenez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Alejandro Castaneda-Jimenez was convicted of Transporting or Harboring of Illegal Aliens, a felony offense, on February 10, 2011, in the 4th District Court, Juab County, State of Utah. Castaneda-Jimenez was sentenced to thirty (30) days' incarceration and thirty-six (36) months' probation. Castaneda-Jimenez's criminal history was matched to him by electronic fingerprint comparison.

5. On November 19, 2016, Alejandro Castaneda-Jimenez was advised of his constitutional rights. Castaneda-Jimenez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Castaneda-Jimenez claimed his true and correct name to be Alejandro Castaneda-Jimenez. Castaneda-Jimenez further claimed he entered the United States about four (4) months ago through Altar, Sonora.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 20, 2016, Alejandro Castaneda-Jimenez, an alien, was found in the

United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Brownsville, Texas, on or about April 3, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Barry P. Jansen,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 21st day of November, 2016.

_____
Eileen S. Willett,
United States Magistrate Judge